UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Grand Jury Subpoena | Case No. 3:17mj976(SALM) |
| | February 14, 2022 |

## MOTION TO UNSEAL CASE BUT MAINTAIN THE GRAND JURY SUBPOENA (Doc. 1-1) UNDER SEAL

This matter was sealed by the Court on May 19, 2017. The United States has no objection to the unsealing of this matter.

However, the Government respectfully requests to maintain the grand jury subpoena (Doc. 1-1) under seal pursuant to the grand jury secrecy rules of Fed. Crim. P. 6(e)(2). Maintaining just this information under seal is narrowly tailored to conform to Rule 6(e) while allowing the public to have access to the bulk of the documents.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY
*/s/ Sarah P. Karwan*

_____

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.:   (203) 821-3700
sarah.p.karwan@usdoj.gov